UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Docket No.: 25-cv-02830

----------------------------------------------------------------X

VINCENT ALU, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 VACATION FUND; VINCENT ALU, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 WELFARE FUND; VINCENT ALU, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 PENSION FUND; VINCENT ALU, as Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 ANNUITY FUND; VINCENT ALU, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 LABORERS' EMPLOYER COOPERATIVE AND EDUCATIONAL TRUST FUND; VINCENT ALU, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 GREATER NY LABORERS' EMPLOYER COOPERATIVE AND EDUCATIONAL TRUST FUND; VINCENT ALU, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 TRAINING PROGRAM; VINCENT ALU, as a Trustee of the GENERAL BUILDING LABORERS' LOCAL 66 NEW YORK STATE HEALTH AND SAFETY FUND; VINCENT ALU, as Business Manager of GENERAL BUILDING LABORERS' LOCAL UNION NO. 66 of the LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

**STIPULATION OF DISCONTINUANCE**

Plaintiffs,

-against-

CAPITAL INDUSTRIES CORP.,

Defendant.

----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. Pro. 41, by and between the parties hereto through their counsel, that the instant action is dismissed, with prejudice, and without costs or attorneys' fees to either party as against the other; and

**THAT** this stipulation may be executed by PDF or electronic or facsimile signature and in counterparts, all of which shall be deemed an original, and which together shall constitute one and the same instrument.

Dated: March 2, 2026
      Patchouge, New York

**LAVELLE LAW & ASSOCIATES, P.C.**

By: _____

William T. Lavelle, Esq.
*Attorney for Plaintiff Funds*
180 E. Main Street, Suite 205-I
Patchogue, New York  11722
(631) 475-0001

**THE ZISKIN LAW FIRM**

By: _____

Richard Ziskin, Esq.
*Attorneys for Defendant*
6268 Jericho Turnpike, Suite 12A
Commack, NY 11725
(631) 462-1417